Miss Abel Acosta

I Sent a 2254 To The District Clerk office on 11-19-15 and I was wondering Have your office Ever Received it yet, I Have a copy of it for my Record Just in Case They claim they Never got one Also Im send you a copy of what Realy Happen an why I Lied and Took the plea bargain

Please Respond

Michael Mattee

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015

Abel Acosta, Clerk

# Actual Innocence

In 2008 of Nov. my two children and Nekendria Winston (victim) were molested By there uncle Nathan Frazier I went to Edward Tracy For Help Since I worked For Him, He Told me He didnt want to get involved in It, it wasnt His Problem, He didn't want to Help 3 Innocence Kids So ED Tracy sent me To The District Attorney Office and Told the Same Story to The District Attorney Assistant, He Told me I Should Kill Him So I Left, And went To Try to Removed those Children myself but I got Locked up For Trying. I got out and went To The Police Station and talk To Tommy Adams and Had Nathan Arrested, So The Brother and His girlfriend Didn't want me To Have custody of my Kids So They made Nekendria say I Put a gun To He Head an penatrated Her Anus, while I was in Jail in Louisiana on June 18, 2009 But Tommy Adams Put the date Back to June 18, 2008, I was at work that Day. So I Ask Edward Tracy to Repersent me Because He knew The Truth That I was Innocence of the crime, Little Did I Know, He was Not going To Defend a Black man, He showed Nothing But predjudice Through the Hold preceeding He didn't Tell The Judge That I Ask Him To Help get The victim an 2 other children out That House He kepted His mouth Shut, There was No Evidence that Put me at the Crime Scene There were No 911 Dispatch call, No witnesses, No Hospital Records, No Physical Evidence, No Expert Testamony, No DNA testing No Finger Prints, No Nothing So my Attorney Told me if I didn't Take The 10yr plea bargain That He and The DA will convince the Jury into Think I was guilt with any Evidence and I would Be Looking at a Life Sentence without Ever seeing My Kids again, I got Scared, did Not know what To do, So I Took The plea My Attorney Fucked over Me Big time and Now I going to the News media with Everything I know about this case,